SAMUEL RICHMAN and Another, Respondents, v. DAVID POMPAN, Defendant, Impleaded with LOUIS POLLAK, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant Pollak to answer within twenty

days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.